# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HURTUBISE, Individually and d/b/a 101 PLAZA SERVICES,<br><br>        Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY,<br><br>        Defendant. | CIVIL ACTION NO. 4:22-cv-11196-WGY |

## STIPULATION OF DISMISSAL

Pursuant to Fed. Civ. P. 41(a)(1)(ii), all parties in this action hereby stipulate and agree that all claims and counterclaims are hereby dismissed with prejudice, with each party to bear its own fees, costs, expenses, and attorney's fee, and all rights of appeal waived

Respectfully submitted,

| Plaintiff, | Defendant, |
|---|---|
| ROBERT HURTUBISE, Individually and d/b/a 101 Plaza Services<br>By its Attorneys, | EVANSTON INSURANCE COMPANY,<br>By its Attorney |
| */s/ Seth H. Hochbaum*<br>Seth H. Hochbaum, Esq. – BBO# 568118<br>Tyler O. Casey, Esq. – BBO# 681935<br>REGNANTE STERIO LLP<br>401 Edgewater Place, Suite 630<br>Wakefield, MA 01880-6210<br>781-246-2525<br>shochbaum@regnante.com<br>tcasey@regnante.com | */s/ Daniel R. Conte*<br>Daniel R. Conte, Esq. – BBO # 686908<br>HINSHAW & CULBERTSON, LLP<br>53 State Street, 27th Floor<br>Boston, MA 02109<br>617-213-7003<br>DConte@hinshawlaw.com |

Dated:  November 28, 2022

1052402\311984850.v1

## **CERTIFICATE OF SERVICE**

      I, Daniel R. Conte, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                              /s/ *Daniel R. Conte*
                              Daniel R. Conte

1052402\311984850.v1